ACCEPTED
06-14-00106-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/23/2014 12:15:16 PM
DEBBIE AUTREY
CLERK

Filed 12/17/2014 4:44:10 PM
Courtney Terry
District Clerk
Rusk County, Texas
Laurey Martin

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/29/2014 9:57:00 AM
DEBBIE AUTREY
Clerk

## CAUSE NO. 2013-243

| | | |
|---|---|---|
| VAL RYAN & JOY RYAN | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF RUSK COUNTY, TEXAS |
| | § | |
| PETER G. MILNE, P.C., Individually & | § | |
| d/b/a ELDER ADVISORY SERVICES; | § | |
| PETER G. MILNE, Individually & d/b/a | § | |
| ELDER ADVISORY SERVICES; | § | |
| RICHARD HICKS, Individually & d/b/a | § | |
| ELDER ADVISORY SERVICES and/or | § | |
| ELDER TAX ADVISORY GROUP; | § | |
| ELDER ADVISORY SERVICES, LLC and | § | |
| ELDER TAX ADVISORY GROUP, LLC. | § | 4TH JUDICIAL DISTRICT |

### DEFENDANTS', PETER G. MILNE, P.C., PETER G. MILNE, Individually, and HEALY, MILNE & ASSOCIATES, P.C., NOTICE OF APPEAL

COME NOW, **PETER G. MILNE, P.C., PETER G. MILNE, Individually, and HEALY, MILNE & ASSOCIATES, P.C.,** Defendants in the above-entitled and numbered cause, and files this their notice of appeal to the Sixth Court of Appeals in Texarkana, Texas, that portion of the Order on Class Certification that Granted in Part Plaintiffs' Motion for Class Certification signed by the Honorable Judge of the Fourth Judicial District Court in the above-captioned Cause No. 2013-243 styled, *Val Ryan & Joy Ryan v. Peter G. Milne, P.C.*, et al, on November 26, 2014.

Respectfully submitted,

**THE PARKER FIRM, P.C.**
3808 Old Jacksonville Road
Tyler, Texas 75701
Telephone: 903-595-4541
Facsimile: 903-595-2864

By: _____
**J. CHAD PARKER**

DEFENDANTS', PETER G. MILNE, P.C., PETER G. MILNE, INDIVIDUALLY, and
HEALY, MILNE & ASSOCIATES, P.C., NOTICE OF APPEAL                    Page 1

State Bar No. 00786153
**FORREST F. MAYS**
State Bar No. 24072228

**ATTORNEYS FOR DEFENDANTS
PETER G. MILNE, PC and PETER G.
MILNE, Individually**


**PETER G. MILNE, PC**
327 W. HOUSTON ST.
Tyler, Texas 75702
Telephone: 903-593-9300
Facsimile: 903-593-9325

BY:    **PETER G. MILNE**
State Bar No. 24037118

**ATTORNEY FOR DEFENDANT
HEALY, MILNE & ASSOCIATES, PC**




**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above and foregoing instrument has been served upon all known counsel of record in accordance with the Texas Rules of Civil Procedure on this 17th day of December, 2014.

**J. CHAD PARKER**